

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Numbers:     01-16-00417-CV, 01-16-00418-CV, 01-16-00419-CV

Trial Court Cause
Numbers:     2013-50819, 2015-39797, 2015-39798

Style:     In re Kubosh Bail Bonding, Kubosh Law Office, Paul Kubosh, and Felix Michael Kubosh

Date motion filed*:     August 3, 2016

Type of motion:     Motion for Leave to File Sur-Reply

Party filing motion:     Real Parties in Interest

Document to be filed:     Sur-Reply Brief

Is appeal accelerated? ☒ YES   ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s**/** Evelyn V. Keyes
    ☒ Acting individually    ☐ Acting for the Court

Date:  August 25, 2016